# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

In re:        JAMES ANTHONY MURDOCH, SR.

        Debtor(s),

                                                                                                   Case No.: 08-35313-KRH
                                                                                                    Chapter 13

ALLY FINANCIAL INC.
F/K/A GMAC INC.

        Movant,

JAMES ANTHONY MURDOCH, SR.
ROBERT E. HYMAN, ESQUIRE

        Defendants.

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the Motion of Ally Financial Inc. F/K/A GMAC Inc. ("Ally") to modify the automatic stay; it is, therefore

## ORDERED

that the automatic stay imposed by 11 U.S.C. c362 is modified to permit the movant and its successors and assigns to enforce its rights under its security agreement to lawfully repossess and liquidate certain personal property, to-wit:

Carl A. Eason, Esquire
Counsel for Ally
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757)497-6633
VSB# 18636

2008 Chevrolet Cobalt, VIN 1G1AK58F387171146

DONE at_____, Virginia, this _____ of _____ 2011.

_____ Judge
United States Bankruptcy Judge

Copies to:

Carl A. Eason, Esquire
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
Counsel for Ally

Richard James Oulton, Esquire
P.O. Box 5928
Glen Allen, VA 23058
Counsel for debtor(s)

Robert E. Hyman, Esquire
P.O. Box 1780
Richmond, VA 23218-1780

James Anthony Murdoch, Sr.
644 Sunnyside Road
Tappahannock, VA 22560

I ask for this:

  /s/ Carl A. Eason
Carl A. Eason, Esquire
Counsel for Ally
Convergence Center IV
301 Bendix Road, Suite 500

Carl A. Eason, Esquire
Counsel for Ally
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757)497-6633
VSB# 18636

Virginia Beach, VA 23452

Seen and Agreed:


___/s/ Linda D. Jennings  #19455_____
For Richard James Oulton, Esquire
Counsel for debtor(s)
P.O. Box 5928
Glen Allen, VA 23058


Seen:


___/s/ Robert E. Hyman_____
Robert E. Hyman, Esquire
Trustee
P.O. Box 1780
Richmond, VA 23218-1780


## CERTIFICATION OF SERVICE

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed Order has been endorsed by or served upon all necessary parties on or before the _____25th_ day of February, 2011, to Richard James Oulton, Esquire, P.O. Box 5928, Glen Allen, VA 23058, counsel for debtor(s); Robert E. Hyman, Esquire, Trustee, P.O. Box 1780, Richmond, VA 23218-1780; and to the debtor(s), 644 Sunnyside Road, Tappahannock, VA 22560.

_____/s/ Carl A. Eason_____


## CERTIFICATION


Carl A. Eason, Esquire
Counsel for Ally
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757)497-6633
VSB# 18636

      The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, addition, or deletion has been made.

                                               /s/ Carl A. Eason

Carl A. Eason, Esquire
Counsel for Ally
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757)497-6633
VSB# 18636